In the Matter of BEST CLOTHING COMPANY, INC., Appellant, against CHARLES W. BERRY, as Comptroller of the City of New York, Respondent.

(Submitted September 29, 1930; decided October 14, 1930.)

*Nathan Stieglitz* and *Harry H. Oshrin* for appellant.

*Arthur J. W. Hilly*, Corporation Counsel (*J. Joseph Lilly, Henry J. Shields* and *George H. Cowie* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.